IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| RUSSELL M. HOLSTEIN, PH.D., LLC a New Jersey limited liability company, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>OPTUM, INC., OPTUMRX, INC., OPTUMHEALTH BEHAVIORAL SOLUTIONS, INC., OPTUM360 SERVICES, INC., OPTUM360, LLC, UNITEDHEALTH GROUP INCORPORATED and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No.: 3:15-CV-07646-PGS-DEA<br><br>Hon. Peter G. Sheridan |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, RUSSELL M. HOLSTEIN, PH.D., LLC, and Defendants, through their undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice, class allegations without prejudice, with each side to bear their own costs and attorneys' fees.

Respectfully submitted,

PHYSICIANS HEALTHSOURCE, INC.,

By: s/Matthew N. Fiorovanti
Matthew N. Fiorovanti
GIORDANO, HALLERAN & CIESLA
125 Half Mile Road, Suite 300
Red Bank, New Jersey 07701-6777
Telephone: 732-741-3900
Email: mfiorovanti@ghclaw.com

OPTUM, INC., OPTUMRX, INC.,
OPTUMHEALTH BEHAVIORAL
SOLUTIONS, INC., OPTUM360 SERICES,
INC., OPTUM360, LLC UNITEDHEALTH
GROUP INCORPORATED.

By: s/Stephen A. Loney, Jr. (with permission)
Stephen A. Loney, Jr.
HOGAN LOVELLS US LLP
1835 Market Street, 29th Floor
Philadelphia, PA 19103
Telephone: 215-675-4600

SO ORDERED: /s/ Peter G. Sheridan
DATED: 1/19/16

And:

Brian J. Wanca *(pro hac vice admitted)*
Ryan M. Kelly *(pro hac vice admitted)*
ANDERSON+WANCA
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
Email: bwanca@andersonwanca.com
       rkelly@andersonwanca.com

*Attorneys for Plaintiff*

Email: Stephen.loney@hoganlovells.com

And:

Mitchell E. Zamoff *(pro hac vice admitted)*
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
Email: mitch.zamoff@hoganlovells.com

Adam K. Levin *(pro hac vice admitted)*
555 Thirteenth Street, N.W.
Washington, DC 20004
Email: adam.levin@hoganlovells.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2016, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                                        s/ Matthew N. Fiorovanti
                                        Matthew N. Fiorovanti